```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW HAMPSHIRE
```

<u>William J. Carey</u>

    v.                    Civil No. 07-cv-380-SM

<u>Larry Blaisdell, Warden</u>
<u>Northern New Hampshire Correctional Facility</u>

ORDER

    Re: Document No. 5, Motion for Immediate Injunctive Relief

    Ruling: I recommend that this motion be denied without prejudice for failing to comply with Fed.R.Civ.P. 65(b). (Petitioner's habeas is being preliminary reviewed). Petitioner may object to this recommendation within the next 10 days.

                                    <u>/s/ James R. Muirhead</u>
                                    James R. Muirhead
                                    U.S. Magistrate Judge

Date:  February 25, 2008

cc:  William J. Carey, pro se