UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>William J. Carey</u>

   v.       Civil No. 07-cv-380-SM

<u>Larry Blaisdell, Warden,</u>
<u>Northern New Hampshire Correctional Facility</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Order of Magistrate Judge Muirhead dated February 25, 2008. The motion for injunctive relief is denied.

SO ORDERED.

March 12, 2008          _____
                  Steven J. McAuliffe
                  Chief Judge

cc: William J. Carey, pro se